**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SIXTO PADILLA GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIXTO PADILLA-GOMEZ, et al.,<br><br>Defendant(s). | 08-cr-00454 JAM<br><br>**STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE PERTAINING TO THE PRE-SENTENCE REPORT; [PROPOSED] ORDER** |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant Sixto Padilla-Gomez, that the judgment and sentencing, currently scheduled for January 12, 2010 at 9:30 a.m. be vacated and continued to January 26, 2010 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez and that the schedule pertaining to the pre-sentence report be modified as follows:

| | |
|---|---|
| Counsel's written objections to the pre-sentence report | December 29, 2009 |
| Pre-sentence report | January 5, 2010 |
| Motion for correction of the pre-sentence report | January 12, 2010 |
| Reply, or statement of non-opposition | January 19, 2010 |

1

This continuance is necessary to allow Ms. Radekin to meet with Mr. Padilla-Gomez with an interpreter to review the pre-sentence report, to prepare any written objections and/or motion for correction of the pre-sentence report, and to prepare for sentencing. Mr. Beckwith has no objection to the continuance and has authorized the signing of this stipulation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 15, 2009  
           BENJAMIN WAGNER  
           United States Attorney

By: /s/ Michael Beckwith  
MICHAEL BECKWITH  
Assistant United States Attorney

Dated: December 15, 2009  
    /s/ Erin J. Radekin  
ERIN J. RADEKIN  
Attorney for Defendant  
SIXTO PADILLA-GOMEZ

**ORDER**

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for January 12, 2010 be VACATED, and the matter continued until January 26, 2010 at 9:30 a.m. for judgment and sentencing.

IT IS FURTHER ORDERED that the schedule pertaining to the pre-sentence report be modified as follows:

| | |
|---|---|
| Counsel's written objections to the pre-sentence report | December 29, 2009 |
| Pre-sentence report | January 5, 2010 |
| Motion for correction of the pre-sentence report | January 12, 2010 |
| Reply, or statement of non-opposition | January 19, 2010 |

Dated: December 18, 2009  
    /s/ John A. Mendez  
HON. JOHN A. MENDEZ  
United States District Judge

2