1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SIXTO PADILLA GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 08-cr-00454 JAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER** |
| SIXTO PADILLA-GOMEZ, et al., | |
| Defendant(s). | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant Sixto Padilla-Gomez, that the judgment and sentencing, currently scheduled for January 26, 2010 at 9:30 a.m. be vacated and continued to February 23, 2010 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez

This continuance is necessary to allow Ms. Radekin additional time to arrange for Mr. Padilla-Gomez to obtain a second opinion from other counsel regarding his options at sentencing. Mr. Beckwith has no objection to the continuance and has authorized the signing of this stipulation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1

IT IS SO STIPULATED

Dated: January 25, 2010        BENJAMIN WAGNER
United States Attorney

By:     /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney

Dated: January 25, 2010        /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SIXTO PADILLA-GOMEZ

## ORDER

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for January 16, 2010 be VACATED, and the matter continued until February 23, 2010 at 9:30 a.m. for judgment and sentencing.

Dated: January 25, 2010        /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

2