1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SIXTO PADILLA-GOMEZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>SIXTO PADILLA-GOMEZ, et al.<br><br>             Defendants. | **Case No.** 08-cr-00454 JAM<br><br>**STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER** |

### STIPULATION

It is hereby stipulated by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant, Sixto Padilla-Gomez, that the judgment and sentencing currently scheduled for February 23, 2010 at 9:30 a.m. be vacated and continued to April 6, 2010 in the courtroom of the Honorable John A. Mendez.

The defendant seeks this continuance to allow him additional time to prepare for sentencing. The Court is advised that Mr. Beckwith has no objection to such request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/ / /

/ /
IT IS SO STIPULATED

| | |
|---|---|
| Dated: February 19, 2010 | BENJAMIN WAGNER<br>United States Attorney |
| | By:     /s/ Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant United States Attorney |
| Dated: February 19, 2010 |      /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>SIXTO PADILLA-GOMEZ |

**ORDER**

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for February 23, 2010 be VACATED and the matter continued to April 6, 2010 at 9:30 a.m. for judgment and sentencing.

Dated:   02/19/2010          /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge